Jacob L. Fonnesbeck (NV Bar No. 11961)
**Smith Correll, LLP**
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
Telephone 702.990.3705
Facsimile 877.730.5910
jfonnesbeck@smithcorrell.com

Brent R. Baker (*Pro Hac Vice to be Submitted*)
Jonathan D. Bletzacker (*Pro Hac Vice to be Submitted*)
**CLYDE SNOW & SESSIONS**
One Utah Center, 13th Floor
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone 801.322.2516
Facsimile 801.521.6280
brb@clydesnow.com
jdb@clydesnow.com

*Attorneys for Defendants Jed M. Perlowin,
Diversified Investments LLC, and Quantum Economic Protocols LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HEMP, INC., a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; AND QUANTUM ECONOMIC PROTOCOLS | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANTS JED M. PERLOWIN, DIVERSIFIED INVESTMENTS LLC AND QUANTUM ECONOMIC PROTOCOLS LLC TO FILE AN ANSWER OR RESPONSIVE PLEADING TO THE COMPLAINT**<br><br>[First Request]<br><br>Civil No. 2:16-cv-1413-JAD-PAL<br><br>Judge Jennifer A. Dorsey<br><br>Magistrate Judge Peggy A. Leen |

{01035611-1}

| | |
|---|---|
| LLC, a private Nevada Limited Liability Company,<br><br>                    Defendants. | |

Plaintiff Securities and Exchange Commission ("Plaintiff"), by and through undersigned counsel, and Defendants Jed M. Perlowin, Diversified Investments LLC, and Quantum Economic Protocols LLC ("Defendants"), by and through undersigned counsel, hereby stipulate and agree to allow Defendants to file an answer or other responsive pleading to the Complaint [Dkt. 1] by September 6, 2016.  The current deadline for the answer is August 20, 2016.  The reason for the extension is to allow the parties additional time to discuss possible settlement options of the case.  This is the first request for an extension.

    **IT IS SO STIPULATED:**

DATED this 19th day of August, 2016      DATED this 19th day of August, 2016

SECURITIES AND EXCHANGE COMMISSION      SMITH CORRELL, LLP

By: /s/ Amy J. Oliver      By: /s/ Jacob L. Fonnesbeck
    Amy J. Oliver      Jacob L. Fonnesbeck
    OliverA@sec.gov      *jfonnesbeck@smithcorrell.com*

    Attorneys for Plaintiff      Attorneys for Defendants

    **IT IS SO ORDERED:**

_____
UNITES STATES MAGISTRATE JUDGE

DATED: September 1, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2016, a true and correct copy of the foregoing was e-served pursuant to the CM/ECF system, which in turn caused copies to be served upon all counsel of record in accordance with the Court's electronic filing protocol to the following:

Amy J. Oliver
OliverA@sec.gov

Daniel JH. Wadley
WadleyD@sec.gov

James J. Thibodeau
ThibodeauJ@sec.gov


                                          /s/    Melina Hernandez