Thomas A. Sporkin
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8009
tsporkin@BuckleySandler.com

Timothy J. Coley
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8036
tcoley@BuckleySandler.com

*Attorneys for Bruce J. Perlowin*
*Ferris Holding, Inc., and*
*Hobbes Equities, Inc.*

Antony M. Santos
Nevada Bar No. 11265
A.M. SANTOS LAW, CHTD
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
(702) 749-4594
tony@amsantoslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>HEMP, INC., *et al.*,<br><br>          Defendants. | Case No. 2:16-cv-1413<br><br>**CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and LR 15-1, Defendants Bruce J. Perlowin, Ferris Holding, Inc., and Hobbes Equities, Inc. (collectively, the "Moving Parties"), by and through their attorneys, respectfully seek leave of this Court to file their first Amended Answers. Contemporaneous with this filing, the Moving Parties have also submitted a supporting Memorandum of Points and Authorities.

1 | Dated: October 7, 2016

Respectfully Submitted,

A.M. SANTOS LAW, CHTD

s/

Antony M. Santos

BUCKLEYSANDLER LLP
Thomas A. Sporkin
Timothy J. Coley

*Attorneys for Bruce J. Perlowin, Ferris
Holding, Inc., and Hobbes Equities, Inc.*

Thomas A. Sporkin
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8009
tsporkin@BuckleySandler.com

Timothy J. Coley
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
(202) 349-8036
tcoley@BuckleySandler.com

*Attorneys for Bruce J. Perlowin*
*Ferris Holding, Inc., and*
*Hobbes Equities, Inc.*

Antony M. Santos
Nevada Bar No. 11265
A.M. SANTOS LAW, CHTD
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
(702) 749-4594
tony@amsantoslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>HEMP, INC., *et al.*,<br><br>                                    Defendants. | Case No. 2:16-cv-1413<br><br>**MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and LR 15-1, Defendants Bruce J. Perlowin, Ferris Holding, Inc., and Hobbes Equities, Inc. (collectively, the "Moving Parties"), by and through their attorneys, respectfully submit the following Memorandum of Points and Authorities in support of their Consent Motion for Leave of Court to file their first Amended Answers.

1

2       WHEREFORE, Plaintiff U.S. Securities and Exchange Commission ("Plaintiff")

3   filed the Complaint in this matter on June 20, 2016 [ECF No. 1];

4       WHEREFORE, the Moving Parties filed their initial Answers to the Complaint on

5   August 19, 2016 [ECF Nos. 20-21];

6       WHEREFORE, Federal Rule of Civil Procedure 15(a)(2) provides that "a party

7   may amend its pleading only with the opposing party's written consent or the court's

8   leave. The court should freely give leave when justice so requires.

9       WHEREFORE, this is the Moving Parties' first request to amend their answers;

10      WHEREFORE, Plaintiff consents to the filing of the Moving Parties' Amended

11  Answers, and justice supports the proposed amended filings, as they will not unduly

12  prejudice Plaintiff or any other party; and

13      WHEREFORE, attached as Exhibits 1 and 2 to this Motion are complete copies of

14  the Moving Parties' proposed Amended Answers.

15      Accordingly, for the foregoing reasons, the Moving Parties respectfully request

16  that the Court grant leave to file Amended Answers in this matter.

17

18  Dated: October 7, 2016                     Respectfully Submitted,

19
                                              A.M. SANTOS LAW, CHTD
20
                                              s/
21                                            Antony M. Santos

22                                            BUCKLEYSANDLER LLP
23                                            Thomas A. Sporkin
                                              Timothy J. Coley
24
25                                            *Attorneys for Bruce J. Perlowin, Ferris*
26                                            *Holding, Inc., and Hobbes Equities, Inc*

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

v.

HEMP, INC., *et al.*,

                  Defendants.

Case No. 2:16-cv-1413

**[PROPOSED] ORDER**

    The motion of Defendants Bruce J. Perlowin, Ferris Holding, Inc., and Hobbes Equities, Inc. for leave to file amended answers is hereby GRANTED.

    Said Defendants have leave to file amended answers in the above-entitled cause within 15 days after the date of this order.

    IT IS SO ORDERED.

Dated:  October 12, 2016

                              Peggy A. Leen
                              United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Michelle Cart

An employee of A.M. Santos Law