Amy J. Oliver (Utah #8785) (admitted *pro hac vice*)
OliverA@sec.gov
Daniel J. Wadley (Utah #10358) (admitted *pro hac vice*)
WadleyD@sec.gov
James J. Thibodeau (Utah #15473) (admitted *pro hac vice*)
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                    Plaintiff,<br><br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br><br>                                                    Defendants. | Case No. 2:16-cv-1413 JAD-PAL<br><br>**STIPIULATED MOTION TO AMEND THE SCHEDULING ORDER**<br>         **(First Request)** |

Plaintiff, Securities and Exchange Commission (the "Commission"), hereby moves the Court to amend the previously entered Scheduling Order (Docket No. 40) by extending the dates for expert discovery and dispositive motions. Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Jed M. Perlowin, Ferris Holding, Inc., Hobbes Equities, Inc., Diversified Investments, LLC, and Quantum Economic Protocols, LLC, through their respective counsel, have all stipulated to the Plaintiff's motion. This is the first stipulation for a motion to amend the scheduling order.

The reasons for this Motion are as follows. The parties are actively engaged in discovery, including the exchange of written discovery and the taking of numerous depositions. Most of these depositions will be taken either immediately preceding or after the current March 17, 2017 and April 17, 2017 deadlines for expert reports from the Plaintiff and the Defendants, respectively. Were the parties to maintain the current schedule for expert discovery, it would necessitate supplemental reports from experts and cause the parties to incur additional time and expense. Moving the expert deadlines would also necessitate allowing time for expert depositions after the exchange of expert reports as well as moving the deadline for the filing of dispositive motions so that the parties may have the benefit of completing expert discovery before the dispositive motion deadline.

Therefore, the parties have stipulated to move the following deadlines by 90 days as set forth below:

1. Plaintiff's expert report(s) due on May 16, 2017.

2. Defendants' expert report(s) due on June 15, 2017.

3. Discovery deadline for expert depositions on July 15, 2017.

4. Dispositive motion deadline on September 13, 2017.

**IT IS SO STIPULATED.**

Dated: February 13, 2017        s/Amy J. Oliver
                                                    Amy J. Oliver
                                                    Daniel J. Wadley
                                                    James J. Thibodeau
                                                    Attorneys for Plaintiff
                                                    Securities and Exchange Commission

Dated: February 13, 2017        s/Jonathan D. Bletzacker
                                                    Brent R. Baker
                                                    Jonathan D. Bletzacker
                                                    Attorney for Jed Perlowin, Diversified Investments
                                                    LLC, Quantum Economic Protocols LLC

Dated: February 13, 2017        s/Thomas A. Sporkin
                                                    Thomas A. Sporkin
                                                    Timothy J. Coley
                                                    Attorney for Bruce Perlowin, Hemp Inc., Barry
                                                    Epling, Ferris Holding, Inc., Hobbes Equities Inc.

                                                    **IT IS SO ORDERED.**

                                                    HONORABLE PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    DATED: February 22, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2017, I served **STIPIULATED MOTION TO AMEND THE SCHEDULING ORDER (First Request)** to the following parties entitled to service via the Court's ECF system to the counsel indicated below:

Thomas A. Sporkin
Timothy J. Coley
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington D.C. 20037
tsporkin@buckleysandler.com
tcoley@buckleysandler.com

Antony M. Santos
A.M. Santos Law, CHTD
3275 S. Jones Blvd. Ste 104
Las Vegas, Nevada 89146
tony@amsantolaw.com

Brent R. Baker
Jonathan D. Bletzacker
ClydeSnow
One Utah Center
Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
jfonnesbeck@smithcorrell.com