UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HEMP, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-01413-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 59) |

This matter is before the court on the Substitution of Attorney (ECF No. 59). Robert J. Cassity of Holland & Hart LLP seeks leave to be substituted in place of Anthony M. Santos of A. M. Santos Law, Chtd. for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc., and Hobbes Equities, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "will not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 59) is **GRANTED**.
2. Robert J. Cassity of Holland & Hart LLP is substituted in the place of Anthony M. Santos of A. M. Santos Law, Chtd. Defendants Hemp, Inc., Bruce J. Perlowin, Barry

/ / /

/ / /

/ / /

K. Epling, Ferris Holding, Inc., and Hobbes Equities, Inc., subject to the provisions of LR IA 11-6(c) and (d).

DATED this 15th day of March, 2017.

                                                                   _____
                                                                   PEGGY A. LEEN
                                                                   UNITED STATES MAGISTRATE JUDGE