Amy J. Oliver (Utah #8785) admitted *pro hac vice*
olivera@sec.gov
Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
WadleyD@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br>Defendants. | Case No.: 2:16-cv-1413<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE HEARING SET FOR AUGUST 10, 2017 ON DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiff Securities and Exchange Commission (the "Commission") hereby requests that the Court continue the hearing currently set for August 10, 2017 at 9:30 a.m. on Defendants' Motion to Amend the Schedule (Docket No. 69 – Notice of Hearing on Motion). The Commission seeks to continue the date of the hearing to either August

1

17 or 18, or a date that is convenient for the Court.  This is the Commission's first request to continue the hearing on Defendants' Motion to Amend the Scheduling Order.  The reasons for this motion are as follows:  Counsel for the Commission, Amy J. Oliver, has long-planned travel out of the country from August 9, 2017 through August 14, 2017.  It is not possible to reschedule this travel.  As a result, Ms. Oliver is unable to attend the August 10, 2017 hearing on Defendants' Motion to Amend the Scheduling Order.

Counsel for the Commission contacted counsel for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc., and Hobbes Equities, Inc. regarding this motion to continue the hearing.  Counsel indicated that they do not oppose the relief requested in this motion and that they are available for a hearing on both August 17 and 18.

Therefore, the Commission respectfully requests that the Court grant its motion and continue the hearing on Defendants' Motion to Amend the Scheduling Order to either August 17 or 18, or a date that is convenient for the Court.

DATED this 27th day of July, 2017.

_____
Amy J. Oliver
Daniel J. Wadley
James J. Thibodeau
Securities and Exchange Commission

**IT IS ORDERED** that the Unopposed Motion (ECF No. 72) is **GRANTED**, and the hearing on the Motion to Amend Scheduling Order (ECF No. 64) is **CONTINUED** to August 21, 2017, at 10:00 a.m.

_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: _ July 31, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2017, I served **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE HEARING SET FOR AUGUST 10, 2017 ON DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER (First Request)** to the following parties entitled to service by via email to the counsel indicated below:

Thomas A. Sporkin
Timothy J. Coley
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
tsporkin@buckleysandler.com
tcoley@buckleysandler.com

Robert J. Cassity
David J. Freeman
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada
bcassity@hollandhart.com
dfreeman@hollandhart.com

Brent R. Baker
Jonathan D. Bletzacker
ClydeSnow
One Utah Center
Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
jfonnesbeck@smithcorrell.com

_____
Amy J. Oliver