Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax:    (702) 669-4650
Email:  bcassity@hollandhart.com
        dfreeman@hollandhart.com

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
BUCKLEYSANDLER, LLP
1250 24th Street NW, Suite 700
Washington DC 20037
Tel: (202) 349-8000
Fax: (202) 349-8080
Email:  tsporkin@buckleysandler.com
        tcoley@buckleysandler.com

*Attorneys for Defendants Barry K. Epling,
Ferris Holding, Inc., and Hobbes Equities Inc.*

Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities
and Exchange Commission*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.: 2:16:-cv-01413-RFB-GWF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

1

9106249_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Pursuant to LR IA 6-1, Plaintiffs and Certain Defendants[1] herein, by and through their attorneys of record, stipulate as follows:

1. Plaintiff filed a Motion for Partial Summary Judgment (Docket No. 76) (the "Motion") on Wednesday, August 9, 2017.

2. Under the Rules, the current deadline for Defendants' response to the Motion is August 30, 2017, and the current deadline for Plaintiff to file a Reply is September 6, 2017.

3. The parties hereby seek an extension of the response deadline until October 13, 2017 (two weeks after expert discovery has closed), and until November 13, 2017 for the reply deadline (30 days thereafter).

4. Certain Defendants shall file a response to the Motion on or before October 13, 2017; and

5. Plaintiff shall file a reply to the Motion on or before November 13, 2017.

6. This is the parties' first request for an extension of the response and reply deadlines. The reasons warranting additional time for the response and reply deadlines are as follows:

    a. The Motion seeks summary judgment against Certain Defendants on the complaint's claims under Sections 5(a) and 5(c) of the Securities Act of 1933, 15 U.S.C. §§ 77e(a) and 77e(c) ("Section 5").

    b. Presently, the parties are actively engaged in expert discovery relating to Section 5 liability and other issues. On July 17, 2017, Plaintiff served on Defendants an expert report of Jeff Schwartz (the "Schwartz Report"), specifically discussing Section 5 issues (*see* Docket No. 67). However, Defendants' expert reports, which will address Section 5 issues including those raised in the Motion and Schwartz Report, are not yet due until Wednesday, August 16, 2017 (*see* Docket No. 62). The parties also anticipate

---

[1] "Certain Defendants" are those against whom Plaintiff's Motion for Partial Summary Judgment is directed: Barry K. Epling, Ferris Holding, Inc., and Hobbes Equities Inc.

2

that expert depositions on Section 5 and related issues will occur in September, and Plaintiff already has confirmed Mr. Schwartz's deposition for September 26, 2017.

    c.    If required to respond to the Motion without first completing open expert discovery on these Section 5 issues, Certain Defendants believe they would be prejudiced in their ability to fully and fairly respond to the Motion. Accordingly, the parties believe that it would be an appropriate and efficient use of the Court and parties' time and resources to permit Certain Defendants to respond to the Motion after expert discovery has closed.

    d.    In addition, counsel for Certain Defendants will be out of the country on previously-scheduled travel in late August when the response is currently due, plus the response and reply deadlines surround the Labor Day weekend, which would present other scheduling difficulties for the parties and counsel.

    e.    The operative dispositive motion deadline is set for November 13, 2017 (*see* Docket No. 62), and extending the deadlines for the Motion's response and reply briefs would not impact this, or other case deadlines.

7.    Counsel for the parties have conferred regarding these requested extensions, as well as the reasons supporting the requested extensions, and they agree that the requested extensions are an appropriate and efficient means of resolving the parties' scheduling and briefing concerns.

IT IS SO STIPULATED

DATED August 15, 2017.

/s/ Robert J. Cassity,
Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Thomas A. Sporkin (*Pro Hac Vice*)
Timothy J. Coley (*Pro Hac Vice*)
BUCKLEYSANDLER, LLP
1250 24th Street NW, Suite 700

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: August 16, 2017.

/s/ Amy J. Oliver
Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950

*Attorneys for Plaintiff Securities and Exchange Commission*

Washington DC 20037

*Attorneys for Defendants Barry K. Epling,
Ferris Holding, Inc., and Hobbes Equities Inc.*

**ORDER**

      IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

DATED:_____