UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SECURITIES & EXCHANGE COMMISSION, | Case No. 2:16-cv-01413-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Stip Ext Time – ECF No. 88) |
| HEMP, INC., | |
| Defendants. | |

Before the court is the parties' Joint Stipulation and Order to Extend Dispositive Motion Deadline [Third Request] (ECF No. 88). The stipulation requests to extend the dispositive motion deadline from November 13, 2017, until 30 days after ruling on the Motion for Judgment on the Pleadings (ECF No. 66) and the Motion for Partial Summary Judgment (ECF No. 76). Having reviewed and considered the parties' stipulation, the court finds the parties have not established good cause to delay filing dispositive motions until after decision of the pending motions. Discovery has now closed. The parties now have a fully developed record, and have received two prior extensions of the dispositive motions deadline. For these reasons the court will not grant the parties' stipulation, but will give the parties an additional 30 days, or until December 13, 2017, to file any additional dispositive motions.

**IT IS ORDERED** that the parties' Joint Stipulation (ECF No. 88) is **DENIED**, but the parties shall have until **December 13, 2017** to file dispositive motions.

DATED this 26th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE