Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax:    (702) 669-4650
Email:  bcassity@hollandhart.com
        dfreeman@hollandhart.com

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
BUCKLEYSANDLER, LLP
1250 24th Street NW, Suite 700
Washington DC 20037
Tel:  (202) 349-8000
Fax:  (202) 349-8080
Email:   tsporkin@buckleysandler.com
         tcoley@buckleysandler.com

*Attorneys for Defendants Hemp, Inc.,
Bruce J. Perlowin, Barry K. Epling,
Ferris Holding, Inc. and Hobbes Equities Inc.*

Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities and
Exchange Commission*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br>Defendants. | Case No.: 2:16-cv-1413<br><br>**JOINT STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES FOR PLAINTIFF'S MOTION IN LIMINE AND PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs and Certain Defendants[1] herein, by and through their attorneys of record, stipulate as follows:

1. Plaintiff filed a Motion in Limine to Exclude Defendants' Expert Salli Marinov (Docket No. 91) on Monday, October 23, 2017 ("Motion in Limine") and a Motion for Imposition of Sanctions Against Barry K. Epling for Fabrication of Evidence and Against Defendant's Barry K. Epling and Bruce J. Perlowin for False Testimony (Docket No. 92) on Thursday, October 26, 2017 ("Sanctions Motion").

2. Under the Rules, the current deadline for Defendants' response to the Motion in Limine is November 6, 2017, the current deadline for Defendant's response to the Sanctions Motion is November 9, 2017, and the current deadline for Plaintiff to file a Reply in support of the Sanctions Motion is November 24, 2017.

3. The parties hereby seek an extension of the response deadline to both the Motion in Limine and the Sanctions Motion until November 20, 2017, and until December 20, 2017 for the reply deadline.

4. Certain Defendants shall file a response to the Motion in Limine and the Sanctions Motion on or before November 20, 2017; and

5. Plaintiff shall file a reply to the Sanctions Motion on or before December 11, 2017.

6. This is the parties' first request for an extension of the response and reply deadlines for both motions. The reasons warranting additional time for the response and reply deadlines are as follows:

    a. The extension of time would allow Defendants additional time to respond to the Motion in Limine and Sanctions Motion, whose briefing schedules currently overlap; and

      b. The extension of time would allow Plaintiff additional time to reply in support of its Sanctions motion to avoid a conflict with the Thanksgiving holiday.

    7. Counsel for the parties have conferred regarding these requested extensions, as well as the reasons supporting the requested extensions, and they agree that the requested extensions are an appropriate and efficient means of resolving the parties' scheduling and briefing concerns.

    IT IS SO STIPULATED

DATED October 27th, 2017.

| | |
|---|---|
| /s/ Robert J. Cassity, _____ <br> Robert J. Cassity, Esq. <br> HOLLAND & HART LLP <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br><br> /s/ Timothy J. Coley <br> Thomas A. Sporkin (*Pro Hac Vice*) <br> Timothy J. Coley (*Pro Hac Vice*) <br> BUCKLEYSANDLER, LLP <br> 1250 24th Street NW, Suite 700 <br> Washington, D.C. 20037 <br><br> *Attorneys for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.* | /s/ Amy J. Oliver_____ <br> Amy J. Oliver (Utah #8785) <br> admitted pro hac vice <br> OliverA@sec.gov <br> Daniel J. Wadley (Utah #10358) <br> admitted pro hac vice <br> WadleyD@sec.gov <br> James J. Thibodeau (Utah #15473) <br> admitted pro hac vice <br> ThibodeauJ@sec.gov <br> Attorneys for Plaintiff <br> Securities and Exchange Commission <br> Salt Lake Regional Office <br> 351 South West Temple <br> Suite 6.100 <br> Salt Lake City, UT 84101-1950 <br> *Attorneys for Plaintiff Securities and Exchange Commission* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE
DATED: October 31, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2017, I served **JOINT STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES FOR PLAINTIFF'S MOTION IN LIMINE AND PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS (FIRST REQUEST)** to the following parties entitled to service by via email to the counsel indicated below:

Thomas A. Sporkin
Timothy J. Coley
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
tsporkin@buckleysandler.com
tcoley@buckleysandler.com

Robert J. Cassity
David J. Freeman
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada
bcassity@hollandhart.com
dfreeman@hollandhart.com

Brent R. Baker
Jonathan D. Bletzacker
ClydeSnow
One Utah Center
Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
jfonnesbeck@smithcorrell.com

/s/ Marlea Furlong_____
Marlea Furlong