Amy J. Oliver (Utah #8785) admitted *pro hac vice*
olivera@sec.gov
Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
WadleyD@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br>        Defendants. | Case No.: 2:16-cv-1413<br><br>**PLAINTIFF'S MOTION TO SEAL DOCKET NO. 92-8 (EXHIBIT 6 TO PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS)** |

Pursuant to Local Rule IA 10-5, Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves this court to seal Docket No. 92-8, filed on October 26, 2017. The Commission redacted Docket No. 92-8, which is Exhibit 6 to its Motion for Imposition of

1

Sanctions, in accordance with the requirements of Fed. R. Civ. P. 5.2. However, upon filing with the court, it became clear that the redaction was ineffective.

In compliance with LR IA 10-5(c)(i), the Commission served counsel for Defendants with a paper copy of Docket No. 92-8 via United Parcel Service overnight delivery on October 26, 2017. *See* Certificate of Service, attached as Exhibit 1.

Respectfully submitted this 26th day of October, 2017.

_____
Amy J. Oliver
Daniel J. Wadley
James J. Thibodeau
Securities and Exchange Commission

**IT IS SO ORDERED** this 2nd day of November, 2017.

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2017, I served **PLAINTIFF'S MOTION TO SEAL DOCKET NO. 92-8 (EXHIBIT 6 TO PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS)** to the following parties entitled to service by via email to the counsel indicated below:

Thomas A. Sporkin
Timothy J. Coley
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
tsporkin@buckleysandler.com
tcoley@buckleysandler.com

Robert J. Cassity
David J. Freeman
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada
bcassity@hollandhart.com
dfreeman@hollandhart.com

Brent R. Baker
Jonathan D. Bletzacker
ClydeSnow
One Utah Center
Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
jfonnesbeck@smithcorrell.com

_____
Amy J. Oliver
_____

# Exhibit 1

**Certificate of Service**

Amy J. Oliver (Utah #8785) admitted *pro hac vice*
olivera@sec.gov
Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
WadleyD@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br>　　　　　Defendants. | Case No.: 2:16-cv-1413<br><br>**CERTIFICATE OF SERVICE OF DOCKET NO. 92-8 (EXHIBIT 6 TO PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS)** |

I hereby certify that on the 26th day of October, 2017, I served **DOCKET NO. 92-8 (EXHIBIT 6 TO PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS)** and this **CERTIFICATE OF SERVICE to** the following parties entitled to service by via UPS overnight delivery to the counsel indicated below:

Thomas A. Sporkin
Timothy J. Coley
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, D.C. 20037
tsporkin@buckleysandler.com
tcoley@buckleysandler.com

Robert J. Cassity
David J. Freeman
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada
bcassity@hollandhart.com
dfreeman@hollandhart.com

Brent R. Baker
Jonathan D. Bletzacker
ClydeSnow
One Utah Center
Thirteenth Floor
201 South Main Street
Salt Lake City, Utah 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
jfonnesbeck@smithcorrell.com

_____
Amy J. Oliver

_____