| | |
|---|---|
| Robert J. Cassity (NV Bar No. 9779)<br>David J. Freeman (NV Bar No. 10045)<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: (702) 669-4600<br>Fax:   (702) 669-4650<br>Email:  bcassity@hollandhart.com<br>          dfreeman@hollandhart.com<br><br>Thomas Sporkin (*Admitted Pro Hac Vice*)<br>Timothy J. Coley (*Admitted Pro Hac Vice*)<br>BUCKLEY SANDLER LLP<br>1250 24th Street NW, Suite 700<br>Washington DC 20037<br>Email:   tsporkin@buckleysandler.com<br>          tcoley@buckleysandler.com<br><br>Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*<br>341 W. Secretariat Dr.<br>Tempe, AZ 85284<br>Email: telittler@gmail.com<br><br>*Attorneys for Defendants Barry K. Epling,*<br>*Ferris Holding, Inc., and Hobbes Equities Inc.* | Amy J. Oliver (Utah #8785)<br>admitted pro hac vice<br>OliverA@sec.gov<br>Daniel J. Wadley (Utah #10358)<br>admitted pro hac vice<br>WadleyD@sec.gov<br>James J. Thibodeau (Utah #15473)<br>admitted pro hac vice<br>ThibodeauJ@sec.gov<br>Attorneys for Plaintiff<br>Securities and Exchange<br>Commission<br>Salt Lake Regional Office<br>351 South West Temple<br>Suite 6.100<br>Salt Lake City, UT 84101-1950<br>Tel.: (801) 524-5796<br>Fax: (801) 524-3558<br><br>*Attorneys for Plaintiff Securities*<br>*and Exchange Commission* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>          Plaintiff,<br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company,<br><br>          Defendants. | CASE NO.: 2:16:-cv-01413-RFB-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON:**<br><br>**(1) PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS AGAINST DEFENDANTS BARRY K. EPLING, FOR FABRICATION OF EVIDENCE AND AGAINST DEFENDANTS BARRY K. EPLING AND BRUCE J. PERLOWIN FOR FALSE TESTIMONY [ECF NO. 92] [FIRST REQUEST] AND**<br><br>**(2) PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS AGAINST DEFENDANTS FERRIS HOLDING, INC., BARRY K. EPLING, AND HOBBES EQUITIES, INC. FOR FABRICATION OF EVIDENCE [ECF NO. 97] [FIRST REQUEST]** |

1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Pursuant to LR IA 6-1, Plaintiff and Certain Defendants[1] herein, by and through their attorneys of record, stipulate as follows:

1. On October 26, 2017, Plaintiff filed a *Motion for Imposition of Sanctions Against Defendants Barry K. Epling, For Fabrication of Evidence and Against Defendants Barry K. Epling and Bruce J. Perlowin for False Testimony* (ECF No. 92) ("First Sanctions Motion").

2. On November 2, 2017, Plaintiff filed a *Motion for Imposition of Sanctions Against Defendants Ferris Holdings, Inc., Barry K. Epling, and Hobbes Equities, Inc. for Fabrication of Evidence* (ECF No. 97) ("Second Sanctions Motion").

3. On November 27, 2017, the Court set both motions on for hearing on January 22, 2018, at 9:00 a.m.

4. Counsel for Defendants is not available on January 22, 2018 (or on January 23, 2018) due to a previously scheduled personal commitment out-of-town.

5. Counsel for the parties stipulate to a continuance of the hearing from January 22, 2018 to a later hearing date after January 23, 208. Counsel is further informed that the Court generally hears motions on Tuesdays, and counsel for the parties are available on Tuesday, January 30, 2018 or on any Tuesday in February 2018 should the Court's calendar be able to accommodate such a hearing date.

6. This is the parties' first request for a continuance of the hearing on the First Sanctions Motion and the Second Sanctions Motion.

7. Counsel for the parties have conferred regarding this requested continuance, as well as the reasons supporting the requested continuance, and they agree that the requested continuance is reasonable and appropriate under the circumstances.

///

///

///

---

[1] "Certain Defendants" are those against whom Plaintiff's Motions for Imposition of Sanctions [ECF Nos. 92 and 97] are directed: Barry K. Epling, Bruce J. Perlowin, Ferris Holding, Inc., and Hobbes Equities Inc.

**IT IS SO STIPULATED**

DATED November 28, 2017.

 /s/ Robert J. Cassity
Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Thomas A. Sporkin (*Pro Hac Vice*)
Timothy J. Coley (*Pro Hac Vice*)
BUCKLEY SANDLER, LLP
1250 24th Street NW, Suite 700
Washington DC 20037

Thomas E. Littler, Esq. *(Pro Hac Vice)*
341 W. Secretariat Dr.
Tempe, AZ 85284

*Attorneys for Defendants Barry K. Epling,
Ferris Holding, Inc., and Hobbes Equities Inc.*

/s/ Amy J. Oliver
Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950

*Attorneys for Plaintiff Securities
and Exchange Commission*

**ORDER**

IT IS ORDERED that the hearing set for January 22, 2018 is **VACATED** and **CONTINUED** to 10:00 a.m., February 1, 2018, in Courtroom 3B.

U.S. DISTRICT/MAGISTRATE JUDGE

DATED: December 4, 2017

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2017, a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES FOR (1) PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS AGAINST DEFENDANTS BARRY K. EPLING, FOR FABRICATION OF EVIDENCE AND AGAINST DEFENDANTS BARRY K. EPLING AND BRUCE J. PERLOWIN FOR FALSE TESTIMONY [ECF NO. 92] [SECOND REQUEST] AND (2) PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS AGAINST DEFENDANTS FERRIS HOLDING, INC., BARRY K. EPLING, AND HOBBES EQUITIES, INC. FOR FABRICATION OF EVIDENCE [ECF NO. 97] [FIRST REQUEST]** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

Amy J. Oliver, Esq.
James J. Thibodeau, Esq.
Daniel Wadley, Esq.
U.S. Securities and Exchange Commission
351 S. West Temple Suite 6.100
Salt Lake City, UT 84101
olivera@sec.gov
thibodeauj@sec.gov
wadleyd@sec.gov

*Attorneys for Plaintiff: SEC*

Brent R. Baker, Esq.
Jonathan Dale Bletzacker, Esq.
Clyde Snow & Sessions, P.C.
201 S. Main Street #1300
Salt Lake City, UT 84111
brb@clydesnow.com
jdb@clydesnow.com

Jacob L. Fonnesbeck, Esq.
Smith Correll, LLP
50 W. Broadway #1010
Salt Lake City, UT 84101
jfonnesbeck@smithcorrell.com

*Attorney for Defendants:*
*Diversified Investments LLC, Quantum Economic Protocols LLC, and Jed. M. Perlowin*

    /s/ Valerie Larsen
An Employee of Holland & Hart LLP