| | |
|---|---|
| Robert J. Cassity<br>Nevada Bar No. 9779<br>David J. Freeman<br>Nevada Bar No. 10045<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: (702) 669-4600<br>Fax:    (702) 669-4650<br>Email:  bcassity@hollandhart.com<br>         dfreeman@hollandhart.com<br><br>Thomas Sporkin (*Admitted Pro Hac Vice*)<br>Timothy J. Coley (*Admitted Pro Hac Vice*)<br>BUCKLEY SANDLER LLP<br>1250 24th Street NW, Suite 700<br>Washington DC 20037<br>Email:   tsporkin@buckleysandler.com<br>          tcoley@buckleysandler.com<br><br>Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*<br>341 W. Secretariat Dr.<br>Tempe, AZ 85284<br>Email: telittler@gmail.com<br><br>*Attorneys for Defendants Bruce J. Perlowin,<br>Barry K. Epling, Ferris Holding, Inc. and<br>Hobbes Equities Inc.* | Amy J. Oliver (Utah #8785)<br>admitted pro hac vice<br>OliverA@sec.gov<br>Daniel J. Wadley (Utah #10358)<br>admitted pro hac vice<br>WadleyD@sec.gov<br>James J. Thibodeau (Utah #15473)<br>admitted pro hac vice<br>ThibodeauJ@sec.gov<br>Salt Lake Regional Office<br>351 South West Temple<br>Suite 6.100<br>Salt Lake City, UT 84101-1950<br>Tel.: (801) 524-5796<br>Fax: (801) 524-3558<br><br>*Attorneys for Plaintiff Securities<br>and Exchange Commission* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>            Plaintiff,<br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company,<br><br>            Defendants. | CASE NO.:  2:16:-cv-01413-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES FOR (1) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS BARRY K. EPLING, FERRIS HOLDING, INC. AND HOBBES EQUITIES, INC. (ECF NO. 110); AND (2) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT BRUCE J. PERLOWIN (ECF NO. 111)**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, Plaintiff and Certain Defendants,[1] by and through their attorneys of record, stipulate as follows:

1. On December 13, 2017, Plaintiff filed two dispositive motions (the "Dispositive Motions"): (1) a Motion for Partial Summary Judgment Against Defendants Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities, Inc. (ECF No. 110); and (2) a Motion for Partial Summary Judgment Against Defendant Bruce J. Perlowin (ECF No. 111).

2. Under the Rules, the current deadline for Certain Defendants to respond to the Dispositive Motions is January 3, 2018, and the current deadline for Plaintiff to file replies is January 17, 2018.

3. The parties hereby seek an extension of the response deadlines for Dispositive Motions until February 20, 2018, and until March 23, 2018 for the reply deadlines.

4. This is the parties' first request for an extension of the response and reply deadlines for the Dispositive Motions.

5. The reasons warranting additional time for the response and reply deadlines are as follows:

   a. Plaintiff has filed two Dispositive Motions against Certain Defendants, responses for which become due immediately following the holidays.

   b. Counsel for both parties will be traveling or otherwise unavailable during portions of this period.

   c. Already pending before the Court are motions for sanctions recently filed by Plaintiff: (1) Motion for Imposition of Sanctions Against Defendants Barry K. Epling, For Fabrication of Evidence and Against Defendants Barry K. Epling and Bruce J. Perlowin for False Testimony (ECF No. 92); and (2) Motion for Imposition of Sanctions Against Defendants Ferris Holdings, Inc., Barry K. Epling, and Hobbes Equities, Inc. for Fabrication of Evidence (ECF No. 97).

---

[1] "Certain Defendants" are those against whom Plaintiff's Dispositive Motions [ECF Nos. 110 and 111] are directed: Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

These motions are set for hearing on February 1, 2018 (ECF No. 107). A resolution of these sanctions motions may affect the issues to be briefed by both parties in relation to the Dispositive Motions.

d. In addition, two other dispositive motions are pending: (1) Defendants' July 14, 2017 Motion for Judgment on the Pleadings (ECF No. 66); and (2) Plaintiff's Aug. 9, 2017 Motion for Partial Summary Judgment (ECF No. 76). A resolution of those motions may likewise affect the issues to be briefed by both parties in relation to the Dispositive Motions.

e. Thomas E. Littler, Counsel for Certain Defendants, is new to the case and will be participating in the preparation of the Dispositive Motions briefing. Additional time may be necessary for Mr. Littler to familiarize himself with the facts and issues raised by the Dispositive Motions in light of the holidays and his existing work load.

f. Counsel for the SEC has no objection to Certain Defendants' request to extend the deadlines to respond to the Dispositive Motions. Counsel for the SEC also requests additional time to file the reply memorandums in support of the Dispositive Motions as agreed to and provided above.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 20, 2017.

**IT IS SO STIPULATED.**

DATED December 19, 2017.

/s/ *Robert J. Cassity*
Robert J. Cassity, Esq.
David J. Freeman, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Thomas A. Sporkin (*Pro Hac Vice*)
Timothy J. Coley (*Pro Hac Vice*)
BUCKLEY SANDLER, LLP
1250 24th Street NW, Suite 700
Washington DC 20037

Thomas E. Littler, Esq. (*Pro Hac Vice*)
341 W. Secretariat Dr.
Tempe, AZ 85284

*Attorneys for Defendants Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.*

/s/ *Amy J. Oliver*
Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities and Exchange Commission*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

DATED:_____

4