Amy J. Oliver (Utah #8785) admitted *pro hac vice*
olivera@sec.gov
Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
WadleyD@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>  Plaintiff, <br> vs. <br><br> HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company. <br>  Defendants. | Case No.: 2:16-cv-1413 <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ISSUE A RULE 45 SUBPOENA TO THE INTERNAL REVENUE SERVICE** |

Pursuant to Local Rule 6-2, Plaintiff Securities and Exchange Commission (the "Commission") submits this unopposed motion seeking leave of Court to issue a Rule 45 Subpoena to Produce Documents to the Internal Revenue Service. Due to the expiration of the fact discovery period on July 17, 2017 (Docket No. 62), the Commission seeks leave of Court to

1

issue a subpoena outside the discovery period.

An evidentiary hearing is scheduled in this case on May 10, 2018. The Commission intends to offer relevant tax documents at the hearing. The tax documents were originally produced by the Internal Revenue Service (the "IRS") to the Commission after the close of discovery in this case. The Commission has requested the IRS to provide a Rule 902(1) records certification for those documents. However, the IRS has informed counsel for the Commission that it requires a subpoena in order to provide that certification. As a non-party, the IRS will not be prejudiced by the issuance of a subpoena outside the discovery period which seeks only a records certification of tax records previously produced.

Counsel for the Commission contacted counsel for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc., and Hobbes Equities, Inc. regarding this motion for leave to issue subpoena.  Counsel indicated that they do not oppose the relief requested in this motion.

DATED this 20th day of March, 2018.

_____
Amy J. Oliver
Daniel J. Wadley
James J. Thibodeau
Securities and Exchange Commission

**IT IS SO ORDERED.**


_____
HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE


DATED: _____

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2018, I served **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ISSUE A RULE 45 SUBPOENA TO THE INTERNAL REVENUE SERVICE** to the following parties entitled to service by via email to the counsel indicated below:

| | |
|---|---|
| Thomas A. Sporkin<br>Timothy J. Coley<br>BuckleySandler LLP<br>1250 24th Street NW, Suite 700<br>Washington D.C. 20037<br>tsporkin@buckleysandler.com<br>tcoley@buckleysandler.com<br>Counsel to Hemp, Inc., Bruce J. Perlowin,<br>Barry K. Epling, Ferris Holding, Inc., and<br>Hobbes Equities, Inc. | telittler@gmail.com<br>Counsel to Bruce J. Perlowin and Barry K. Epling<br><br>Brent R. Baker<br>Jonathan D. Bletzacker<br>ClydeSnow<br>One Utah Center<br>Thirteenth Floor<br>201 South Main Street<br>Salt Lake City, Utah 84111<br>brb@clydesnow.com<br>jdb@clydesnow.com<br>Counsel to Jed M. Perlowin, Diversified Investments, LLC, and Quantum Economic Protocols, LLC |
| Robert J. Cassity<br>David J. Freeman<br>Holland & Hart, LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada<br>bcassity@hollandhart.com<br>dfreeman@hollandhart.com<br>Counsel to Hemp, Inc., Bruce J. Perlowin,<br>Barry K. Epling, Ferris Holding, Inc., and<br>Hobbes Equities, Inc. | Jacob L. Fonnesbeck<br>Smith Correll, LLP<br>3960 Howard Hughes Pkwy, Suite 500<br>Las Vegas, Nevada 89169<br>jfonnesbeck@smithcorrell.com<br>Counsel to Jed M. Perlowin, Diversified Investments, LLC, and Quantum Economic Protocols, LLC |
| Thomas E. Littler<br>Littler PC<br>341 W. Secretariat Dr.<br>Tempe, AZ 85284 | |

_____
Amy J. Oliver

2