Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax:   (702) 669-4650
Email:  bcassity@hollandhart.com
        dfreeman@hollandhart.com

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
Buckley Sandler LLP
1250 24th Street NW, Suite 700
Washington DC 20037
Tel:  (202) 349-8000
Fax:  (202) 349-8080
Email:   tsporkin@buckleysandler.com
         tcoley@buckleysandler.com

Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*
341 W. Secretariat Dr.
Tempe, AZ 85284
Email: telittler@gmail.com

*Attorneys for Defendants Hemp, Inc.,
Bruce J. Perlowin, Barry K. Epling,
Ferris Holding, Inc. and Hobbes Equities Inc.*

Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities
and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company,<br><br>                     Defendants. | CASE NO.:  2:16:-cv-01413-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br>**(First Request)** |

1

9106249_1

Pursuant to LR IA 6-1, Plaintiff and Certain Defendants,[1] by and through their attorneys of record, stipulate as follows:

1. On November 2, 2017, Plaintiff filed a Motion for Imposition of Sanctions Against Defendants Ferris Holdings, Inc., Barry K. Epling, and Hobbes Equities, Inc. for Fabrication of Evidence (ECF No. 97) ("Motion for Sanctions"), seeking case dispositive sanctions. That motion remains pending.

2. Pursuant to LR 26-1(b)(5), the deadline for filing the parties' joint pretrial order is 30 days after a decision is issued on pending dispositive motions or further court order.

3. In addition to the 30 days provided under LR 26-1(b)(5), the parties hereby stipulate to an additional extension of 30 days, if necessary, for the filing of the joint pretrial order once the Report and Recommendation on the Motion for Sanctions has been issued.

4. This is the parties' first request for an extension of time to file the joint pretrial order.

5. The reasons warranting additional time to file the joint pretrial order are as follows:

    a. An extension of time to file the joint pretrial order would accommodate any objection the parties may assert to the pending Report and Recommendation, once issued, as well as any response to such objection(s), as necessary.

    b. The requested extension of time would permit the parties to address these issues prior to the submitting the joint pretrial order.

    c. Counsel for the parties have conferred regarding these requested extensions, as well as the reasons supporting the requested extension, and they agree that the requested extension is an appropriate and efficient means of resolving the parties' scheduling and briefing concerns.

    d. Counsel for the SEC joins in and has no objection to this joint request.

---

[1] "Certain Defendants" are: Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.

9106249_1

**IT IS SO STIPULATED.**

DATED  October 25, 2018.

/s/   Robert J. Cassity
Robert J. Cassity, Esq.
David J. Freeman , Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
Buckley Sandler LLP
1250 24th Street NW, Suite 700
Washington DC 20037
Email:   tsporkin@buckleysandler.com
             tcoley@buckleysandler.com

Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*
341 W. Secretariat Dr.
Tempe, AZ 85284
Email: telittler@gmail.com

*Attorneys for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.*

/s/  *Amy J. Oliver*
Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED:**

_____
U.S. DISTRICT/MAGISTRATE JUDGE

DATED: October 29, 2018

3

9106249_1