Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax:    (702) 669-4650
Email:  bcassity@hollandhart.com
        dfreeman@hollandhart.com

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
Buckley LLP
2001 M Street NW, Suite 500
Washington DC 20036
Tel: (202) 349-8000
Fax: (202) 349-8080
Email:  tsporkin@buckleyfirm.com
        tcoley@buckleyfirm.com

Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*
341 W. Secretariat Dr.
Tempe, AZ 85284
Email: telittler@gmail.com

*Attorneys for Defendants Hemp, Inc.,
Bruce J. Perlowin, Barry K. Epling,
Ferris Holding, Inc. and Hobbes Equities Inc.*

Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities
and Exchange Commission*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company,<br><br>    Defendants. | CASE NO.: 2:16:-cv-01413-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br>**(Third Request)** |

1

9106249_1

Pursuant to LR IA 6-1, Plaintiff and Certain Defendants,[1] by and through their attorneys of record, stipulate as follows:

1. On October 26, 2017 and November 2, 2017, Plaintiff filed two motions for the imposition of sanctions against Bruce J. Perlowin, Barry K. Epling, Ferris Holding Inc., Hobbes Equities, Inc., and Bruce Perlowin (respectively, ECF Nos. 92, 97) (together, the "Sanctions Motions"). These Defendants opposed the Sanctions Motions. (ECF Nos. 108, 109).

2. On May 10, 2018, Magistrate Judge Leen presided over an evidentiary hearing on the Sanctions Motions.

3. On May 2, 2019, Magistrate Judge Leen issued an Order (the "May 2, 2019 Order") containing her findings and recommendation that Plaintiff's Sanctions Motions be granted in part (ECF No. 141).

4. On May 16, 2019, Certain Defendants filed a partial objection to Magistrate Leen's May 2, 2019 Order (ECF No. 144), and on May 30, 2019, Plaintiff filed a response (ECF No. 146).

5. On March 31, 2020, the Court entered an Order overruling Certain Defendants' objection and modifying Magistrate Leen's May 2, 2019 Order (ECF No. 147).

6. Pursuant to LR 26-1(b)(5), the deadline for filing the parties' joint pretrial order is 30 days after a decision is issued on pending dispositive motions or further court order.

7. On October 26, 2018, the parties filed a stipulation seeking a 60-day extension for the filing of the joint pretrial order from the date that the magistrate judge's finding and recommendation was issued. (ECF No. 137), which the Court granted (ECF No. 138).

8. On May 10, 2019, the parties filed a second stipulation seeking a 60-day extension for the filing of the joint pretrial order from the ruling on Certain Defendant's objections to Magistrate Leen's May 2, 2019 Order. (ECF No. 142). The Court granted this stipulation on May 13, 2019. (ECF No. 143).

9. Under the operative schedule, the parties' joint pretrial order currently is due on

---

[1] "Certain Defendants" are: Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.

9106249_1

June 1, 2020.

10. The parties hereby stipulate to a further 60-day extension for the deadline of the joint pretrial order until July 31, 2020.

11. This is the parties' third request for an extension of time to file the joint pretrial order.

12. The reasons warranting additional time to file the joint pretrial order are as follows:

a. In light of disruption to the parties' and counsel's operations due to the COVID-19 pandemic, the requested extension of time would permit the parties additional time to address these issues prior to the submitting the joint pretrial order.

b. In addition, counsel for Certain Defendants, Timothy J. Coley, will be taking temporary family leave to attend to the birth of his child, and the requested extension would help accommodate that leave.

c. No trial date has been set in this matter.

d. Counsel for the parties have conferred regarding these requested extensions, as well as the reasons supporting the requested extension, and they agree that the requested extension is an appropriate and efficient means of resolving the parties' scheduling and briefing concerns.

///

///

///

///

3

9106249_1

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

e. Counsel for the SEC joins in and has no objection to this joint request.

**IT IS SO STIPULATED.**

DATED: April 17, 2020.

/s/ Robert J. Cassity
Robert J. Cassity, Esq.
David J. Freeman, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Thomas Sporkin (*Admitted Pro Hac Vice*)
Timothy J. Coley (*Admitted Pro Hac Vice*)
Buckley LLP
2001 M Street NW, Suite 500
Washington DC 20036
Email:   tsporkin@buckleyfirm.com
             tcoley@buckleyfirm.com

Thomas E. Littler, Esq. *(Admitted Pro Hac Vice)*
341 W. Secretariat Dr.
Tempe, AZ 85284
Email: telittler@gmail.com

*Attorneys for Defendants Hemp, Inc., Bruce J. Perlowin, Barry K. Epling, Ferris Holding, Inc. and Hobbes Equities Inc.*

/s/ Amy J. Oliver
Amy J. Oliver (Utah #8785)
admitted pro hac vice
OliverA@sec.gov
Daniel J. Wadley (Utah #10358)
admitted pro hac vice
WadleyD@sec.gov
James J. Thibodeau (Utah #15473)
admitted pro hac vice
ThibodeauJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange
Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

*Attorneys for Plaintiff Securities and Exchange Commission*

**IT IS SO ORDERED:**

U.S. DISTRICT/MAGISTRATE JUDGE

DATED: April 20, 2020.

14513016_v1

4

9106249_1