Casey R. Fronk (Illinois #6296535) admitted *pro hac vice*
FronkC@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

Mark R. Sylvester (New York # 4612362) admitted *pro hac vice*
SylvesterM@sec.gov
Securities and Exchange Commission
Brookfield Place
200 Vesey Street
New York, NY 10281
(212) 366-0159

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br><br>Defendants. | Case No.: 2:16-cv-01413-JAD-BNW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's December 16, 2020 minute order (Dkt. No. 175), the parties submit the following joint status report regarding the status of settlement:

1

As of March 16, 2021, the Securities and Exchange Commission ("Commission") is considering the proposed settlements, but no decision has yet been reached. Undersigned counsel for the Commission had hoped to accomplish a global resolution with all eight defendants before presenting the issue to the Commission for approval, but as of the date of this report, no resolution has been reached as to the three defendants (Jed Perlowin, Diversified Investments, LLC ("Diversified") and Quantum Economic Protocols, LLC ("QEP")) who entered bifurcated settlements in early 2017 and did not participate in the pre-trial mediation.

Defendants Jed Perlowin, Diversified, and QEP entered stipulated consent judgments in February 2017 whereby the Commission was awarded its requested injunctive relief, but issues of disgorgement and penalty amounts were reserved until such time as the Commission moved for such remedies. (*See* Dkt. Nos. 52, 53, 54, 55, 56, 57.) Undersigned counsel for the Commission has been in discussions with counsel for these three defendants to attempt to resolve the remaining issues as to those defendants without the need for motion practice. While those settlement talks have progressed, to date there has been no final resolution as to defendants Jed Perlowin, Diversified, and QEP.

So as not to delay the final resolution as to the five defendants who participated in the pre-trial mediation and reached a settlement in principle subject to Commission approval, counsel has submitted, and the Commission is considering, the proposed settlements as to defendants Hemp, Inc., Bruce Perlowin, Barry Epling, Ferris Holding, Inc., and Hobbes Equities Inc. If a final resolution is reached as to defendants Jed Perlowin, Diversified, and QEP, that proposed resolution will need to be separately reviewed and approved by the Commission. Otherwise, Plaintiff will move for monetary relief as to those three defendants.

The parties propose to file a joint status report in 30 days (April 16, 2021) informing the Court of the status of the Commission's review and the progress of any final resolution as to Jed Perlowin, Diversified, and QEP.

Dated: March 16, 2021

/s/ Casey R. Fronk

Casey R. Fronk
Mark R. Sylvester
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

/s/ Timothy Coley

Timothy Coley
Buckley LLP
2001 M Street NW
Washington, DC 20036
T (202) 349-8036
M (202) 596-7817

Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
Holland & Hart llp
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax:  (702) 669-4650
Email: bcassity@hollandhart.com
dfreeman@hollandhart.com

Attorney for Defendants Bruce J. Perlowin, Barry K. Epling, Hemp, Inc., Ferris Holding, Inc., Hobbes Equities, Inc.,

## ORDER

Based on the parties' joint status report, IT IS ORDERED that by April 16, 2021, the parties must file either dismissal documents or an additional joint status report. **IT IS SO ORDERED**

**DATED:** 10:14 am, March 19, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**