Casey R. Fronk (Illinois #6296535) admitted *pro hac vice*
FronkC@sec.gov
Tracy S. Combs (California #298664) admitted *pro hax vice*
CombsT@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

Mark R. Sylvester (New York # 4612362) admitted *pro hac vice*
SylvesterM@sec.gov
Securities and Exchange Commission
Brookfield Place
200 Vesey Street
New York, NY 10281
(212) 366-0159

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br><br>　　　　Defendants. | Case No.: 2:16-cv-01413-JAD-BNW<br><br>**JOINT STATUS REPORT** |

1

Pursuant to the Court's April 19, 2021 order (Dkt. No. 185), the parties submit the following joint status report regarding the status of settlement:

The Securities and Exchange Commission ("Commission") is considering the proposed settlements as to defendants Hemp, Inc., Bruce Perlowin, Barry Epling, Ferris Holding, Inc., and Hobbes Equities Inc., with a decision expected to be reached on or about May 27, 2021. The Commission has also begun its review of the proposed settlements for defendants Jed Perlowin, Diversified Investments, LLC, and Quantum Economic Protocols, LLC.

The parties propose to file a joint status report in 30 days (June 16, 2021) informing the Court of the status of the Commission's review.

Dated: May 17, 2021

/s/ Casey R. Fronk

Casey R. Fronk
Mark R. Sylvester
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

/s/ Robert J. Cassity

Robert J. Cassity
Nevada Bar No. 9779
David J. Freeman
Nevada Bar No. 10045
Holland & Hart llp
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
Email: bcassity@hollandhart.com
dfreeman@hollandhart.com

*Attorney for Defendants Bruce J. Perlowin, Barry K. Epling, Hemp, Inc., Ferris Holding, Inc., Hobbes Equities, Inc.,*

### Order

Based on the parties' joint status report (ECF No. 186), IT IS ORDERED that by June 16, 2021, the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 10:49 am, May 21, 2021

*/s/ Brenda Weksler*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**