Casey R. Fronk (Illinois #6296535) admitted *pro hac vice*
FronkC@sec.gov
Tracy S. Combs (California #298664) admitted *pro hac vice*
CombsT@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

Mark R. Sylvester (New York # 4612362) admitted *pro hac vice*
SylvesterM@sec.gov
Securities and Exchange Commission
Brookfield Place
200 Vesey Street
New York, NY 10281
(212) 366-0159

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br><br>Defendants. | Case No.: 2:16-cv-01413-JAD-BNW<br><br>**STATUS REPORT** |

Pursuant to the Court's May 21, 2021 order (Dkt. No. 187), the Securities and Exchange Commission ("Commission") submits the following status report:

The Court has entered final consent judgments as to defendants Hemp, Inc., Bruce Perlowin, Barry Epling, Ferris Holding, Inc., and Hobbes Equities Inc. The Commission is reviewing the proposed settlements for the remaining three defendants (Jed Perlowin, Diversified Investments, LLC, and Quantum Economic Protocols, LLC) with a final decision expected within the next 40 days.

The Commission will either file dismissal documents or a status report within 40 days (July 26, 2021) informing the Court of the status of the Commission's review of the settlements of the remaining three defendants.

Dated: June 15, 2021

/s/ Casey R. Fronk
Casey R. Fronk
Tracy S. Combs
Mark R. Sylvester
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

### Order

Based on the plaintiff's status report (ECF No. 198), IT IS ORDERED that by 8/16/2021 the Commission must file either dismissal documents or an additional joint status report.

IT IS SO ORDERED

DATED: 5:14 pm, June 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**