Casey R. Fronk (Illinois #6296535) admitted *pro hac vice*
FronkC@sec.gov
Tracy S. Combs (California #298664) admitted *pro hax vice*
CombsT@sec.gov
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple, Suite 6.100
Salt Lake City, Utah 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-3558

Mark R. Sylvester (New York # 4612362) admitted *pro hac vice*
SylvesterM@sec.gov
Securities and Exchange Commission
Brookfield Place
200 Vesey Street
New York, NY 10281
(212) 366-0159

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>HEMP, INC. a Colorado Corporation; BRUCE J. PERLOWIN, an individual; BARRY K. EPLING, an individual; JED M. PERLOWIN, an individual; FERRIS HOLDING, INC., a private Nevada Corporation; HOBBES EQUITIES INC., a private Nevada Corporation; DIVERSIFIED INVESTMENTS LLC, a private Nevada Limited Liability Company; and QUANTUM ECONOMIC PROTOCOLS LLC, a private Nevada Limited Liability Company.<br><br>    Defendants. | Case No.: 2:16-cv-01413-JAD-BNW<br><br>**STATUS REPORT** |

Pursuant to the Court's June 21, 2021 order (Dkt. No. 199), the Securities and Exchange Commission ("Commission") submits the following status report:

The Court has entered final consent judgments as to defendants Hemp, Inc., Bruce Perlowin, Barry Epling, Ferris Holding, Inc., and Hobbes Equities Inc. The Commission is reviewing the proposed settlements for the remaining three defendants (Jed Perlowin, Diversified Investments, LLC, and Quantum Economic Protocols, LLC) with a final decision expected on August 19, 2021.

The Commission will either file dismissal documents or an additional status report on August 23, 2021 informing the Court of the status of the Commission's review of the settlements of the remaining three defendants.

Dated: August 16, 2021

/s/ Casey R. Fronk
Casey R. Fronk
Tracy S. Combs
Mark R. Sylvester
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

### Order

**IT IS SO ORDERED**

**DATED:** 10:21 am, August 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**